# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SALVADOR GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-18-0364-HE |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Salvador Gonzalez filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denial of supplemental security income. Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), the case was referred to Magistrate Judge Bernard M. Jones for initial proceedings. Judge Jones has issued a Report and Recommendation [the "Report] recommending that the Commissioner's decision be affirmed.

The parties, having failed to object to the Report, waived their right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 19]. The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated this 30th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE